

One Grand Central Place
60 E 42nd St., 16th Fl.
New York, N.Y. 10165
Tel:  212.867.4466 x340
Fax: 212.297.1859
www.bbgllp.com
mantar@bbgllp.com

April 3, 2026

**Via ECF**
Hon. J. Paul Oetken, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: Kreisler v. Five Mill Enterprises LLC, et al.
Case No. 25-cv-06237-JPO

Dear Judge Oetken:

This firm represents Defendant, Five Mill Enterprises LLC.  The complaint herein alleges claims under The Americans with Disabilities Act and related claims under the, the NYS Human Rights Law, the NYS Civil Rights Law, the NYC Human Rights Law and for declaratory relief, related to leased premises at 1175 2nd Avenue, New York, New York 10065 (the "Premises"). I respectfully submit this letter as a second application to further extend the deadlines set forth in the Case Management Order by sixty (60) days to allow the parties to continue settlement discussions without engaging in further litigation.  Counsel for Plaintiff reviewed and approved this letter prior to submission and consents to this application.

Plaintiff's counsel previously forwarded a written settlement proposal to my office, which included demands for physical modifications to the subject Premises.  My client retained an engineer who has inspected the Premises and submitted written responses to Plaintiff's specific proposals with respect to the Premises.  I have had regular communications with Plaintiff's counsel with an eye towards resolving our respective positions.  The further extension of time is requested so that the parties can continue and hopefully finalize their negotiations without engaging in further litigation.  Other than the deadlines set forth in the Case Management Order, there are no conferences or other dates pending with the Court.

This is the second request for the relief sought herein.  The first request was granted by Order dated January 21, 2026.

Based on the foregoing, I respectfully request that the Court grant the within application and extend all the deadlines set forth in the Case Management Order by an additional sixty (60) days.

Respectfully submitted,

Mark N. Antar

MANTAR/17104.0001/6940387.1