

One Grand Central Place
60 E 42nd St., 16th Fl.
New York, N.Y. 10165
Tel:  212.867.4466 x340
Fax: 212.297.1859
www.bbgllp.com
mantar@bbgllp.com

June 9, 2026

**Via ECF**
Hon. J. Paul Oetken, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: Kreisler v. Five Mill Enterprises LLC, et al.
Case No. 25-cv-06237-JPO

Dear Judge Oetken:

This firm represents Defendant, Five Mill Enterprises LLC, and I respectfully submit this letter jointly with counsel for Plaintiff.  The complaint herein alleges claims under The Americans with Disabilities Act and related claims under the, the NYS Human Rights Law, the NYS Civil Rights Law, the NYC Human Rights Law and for declaratory relief, related to leased premises at 1175 2nd Avenue, New York, New York 10065 (the "Premises").  The parties jointly submit this letter as a third application to further extend the deadlines set forth in the Case Management Order by sixty (60) days to allow the parties to continue settlement discussions without engaging in further litigation.

Both parties have exchanged settlement proposals, which include proposed physical modifications to the subject Premises along with a monetary settlement.  I have been in regular communication with Plaintiff's counsel and my client, and hope to continue negotiations in order to hopefully resolve our respective positions.  The further extension of time is requested so that the parties can finalize their negotiations without engaging in further litigation.  Other than the deadlines set forth in the Case Management Order, there are no conferences or other dates pending with the Court.

This is the third request for the relief sought herein.  The second request was granted by Order dated April 3, 2026.

Based on the foregoing, the parties jointly request that the Court grant the within application and extend all the deadlines set forth in the Case Management Order by an additional sixty (60) days.

Respectfully submitted,

Mark N. Antar

MANTAR/17104.0001/7102198.1