# Law Offices of James E. Bahamonde, PC

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com


September 27, 2026

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
40 Foley Square, Room 2101
New York, NY 10007

**RE.** ***Kreisler v. Five Mill Enterprises, LLC, et al.*****, 25cv6237 (JPO)(SDA)**

Dear Judge Oetken:

I represent Plaintiff in the above-referenced matter and write on behalf of all parties to advise the Court that the parties have reached a settlement in principle and are in the process of preparing a settlement agreement. Accordingly, the parties respectfully request 30 days within which to file a stipulation of dismissal.

Thank you for the Court's consideration.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.
Law Offices of James E. Bahamonde, P.C.
Attorney for Plaintiffs

cc: (via ECF)
Mark Antar
mantar@bbgllp.com