**LAW OFFICES OF JAMES E. BAHAMONDE, P.C.**

2501 Jody Court
North Bellmore, New York 11710
Long Island Tel. (516) 783-9662 • New York City Tel. (646) 290-8258
Fax No. (646) 435-4376 • James@CivilRightsNY.com

October 27, 2026

**BY ECF**

Hon. J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

**Re.** ***Kreisler v. Five Mill Enterprises, LLC, et al.,***
**25cv6237 (JPO)(SDA)**

Dear Judge Oetken:

I represent the plaintiff, Todd Kreisler, in the above-referenced action. With the consent of Mark Antar, attorney for Defendant Five Mill Enterprise, LLC, I submit this letter motion seeking a four-week extension of time to file a Stipulation of Dismissal, or alternatively to reopen the case.

On September 28, 2026, the Court discontinued this action without prejudice with leave to reopen in the event that settlement is not consummated within 30 days. Presently, settlement is not consummated, however, Parties have exchanged a written settlement agreement and are cooperatively working together to finalize the terms of settlement. Accordingly, we respectfully request that the Court extend the deadline to file the Stipulation of Dismissal to November 28, 2026.

In the event the request for an extension is denied, Plaintiff respectfully requests that the case be reopened.

Thank you for your consideration.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.
Law Offices of James E. Bahamonde, P.C.
Attorney for Plaintiff

cc: (via ECF)
Mark Antar
*Attorneys for Defendant Five Mill Enterprises LLC*